IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**BARBARA HOLMES, Individually and as**                    **PLAINTIFF**
**Daughter and Personal Representative of**
**Easter Barnes, Deceased**

**V.**                                                                 **NO. 4:18-CV-152-DMB-JMV**

**MERITOR, INC., et al.**                                            **DEFENDANTS**

## ORDER

On November 5, 2019, Textron, Inc., and Barbara Holmes, individually and as daughter and personal representative of Easter Barnes, deceased, filed a "Joint Motion for Dismissal with Prejudice." Doc. #79. The motion requests that "all causes of action contained therein or which could have been contained therein be dismissed with prejudice, solely as to [Textron], with the … Plaintiff and [Textron] to bear their own costs, expenses, and attorneys' fees." *Id*. at 1–2. Earlier, however, on October 28, 2019, Textron and Holmes, with the other defendants' consent, stipulated to the dismissal with prejudice of Textron. Doc. #78. Accordingly, the motion to dismiss [79] is **DENIED as moot**. Furthermore, because the remaining defendants in this action were also earlier dismissed with prejudice by stipulation of all parties, *see* Doc. #74, this case is **CLOSED**.

**SO ORDERED**, this 7th day of November, 2019.

                                                                       /s/Debra M. Brown
                                                                       **UNITED STATES DISTRICT JUDGE**